ORDER:
Motion granted.

*E. Clifton Knowles*

U.S. Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| LINDA KING,<br>SSN: XXX-XX-3168,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>ACTING COMMISSIONER OF SOCIAL<br>SECURITY,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.: 2:13-0118<br>)  Judge Nixon<br>) Magistrate Judge Knowles<br>)<br>)<br>)<br>)<br>) |

## MOTION TO ALLOW LATE FILING OF MOTION FOR JUDGMENT ON THE ADMINISTRATIVE RECORD

The plaintiff, LINDA KING, hereby moves the Court to allow her to late file her Motion for Judgment on the Administrative Record. The Plaintiff would show the Court that the motion was due on March 31, 2014. The Plaintiff's attorney was making diligent effort to file the pleading on March 31, 2014, but missed the midnight deadline. The motion was filed at 12:05 a.m. on April 1, 2014. The Defendant has no objection to this motion.

Wherefore the Plaintiff asks the court's permission to late file the motion for judgment on the record and supporting memorandum.

Respectfully submitted,

/s Donna Simpson
DONNA SIMPSON, BPR #006859
Attorney for Plaintiff
51 E. First Street
PO Box 2327
Cookeville, TN 38502
(931) 526-2933